## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

RENE CARDONA

PLAINTIFF,

v.

MARCOS LOPEZ, OSCEOLA
COUNTY SHERIFF, in his
Official Capacity; DEPUTY
SHAWN AULTMAN, DEPUTY
JACOB BEEKMAN, and
DEPUTY TREVOR GODSHALK
in their Individual Capacities,

DEFENDANTS.

<u>CASE NO.</u> **6:22-CV-01969-PGB-DAB**

**<u>PLAINTIFF'S NOTICE OF
VOLUNTARY DISMISSAL</u>**

### <u>PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>

COMES NOW, MR. RENE CARDONA ("MR. CARDONA"), through undersigned counsel, hereby voluntarily dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant's counsel have agreed to this dismissal.

1

Respectfully submitted,

*Natalie Jackson*

/s/ Natalie A. Jackson
Natalie Jackson, Esq.
Fla. Bar No.: 646075
Natalie Jackson Law, P.A.
121 S. Orange Ave, Ste 1500
Orlando, FL 32801
(407) 437-9295 (Office)
(407) 386-8024 (Facsimile)
Natalie@nataliejacksonlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of November 2022, I electronically filed the foregoing with the Middle District Clerk of Court using the CM/ECF system, which sends an electronic copy to all other attorneys of record.

Respectfully submitted,

*Natalie Jackson*

/s/ Natalie A. Jackson
Natalie Jackson, Esq.
Fla. Bar No.: 646075
Natalie Jackson Law, P.A.
121 S. Orange Ave, Ste 1500
Orlando, FL 32801
(407) 437-9295 (Office)
(407) 386-8024 (Facsimile)
Natalie@nataliejacksonlaw.com