**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**RENE CARDONA,**

        **Plaintiff,**

v.                                                   **Case No: 6:22-cv-1969-PGB-DAB**

**MARCOS R. LOPEZ, SHAWN
AULTMAN, JACOB BEEKMAN
and TREVOR GODSHALK,**

        **Defendants.**
_____/

**ORDER**

      This cause is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice, filed November 14, 2022 (Doc. 8) before the Defendants answered or filed a summary judgment motion. Thus, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiff's claims against Defendants Marcos Lopez, Deputy Shawn Aultman, Deputy Jacob Beekman, and Deputy Trevor Godshalk are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

      **DONE AND ORDERED** in Orlando, Florida on November 15, 2022.

*[Signature]*

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

2

Copies furnished to:

Counsel of Record
Unrepresented Parties